IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-23953-CV-KING

ANDRES GOMEZ,

    Plaintiffs,

v.

CLAIRE'S STORES, Inc.,

    Defendant.
_____/

## ORDER STAYING ACTION AND DIRECTING CLERK TO PLACE ABOVE-STYLED ACTION IN SUSPENSE FILE

**THIS CAUSE** comes before the court upon Defendant's Suggestion of Bankruptcy (DE #12), filed March 21, 2018. Therein, Defendant informs the Court that it has initiated Chapter 11 bankruptcy proceedings, Case No. 18-10584. By operation of Section 362 of the Bankruptcy Code, the above-styled action is stayed.

Accordingly, after careful review of the record, and the court being otherwise fully advised, it is **ORDERED, DECREED, and ADJUDGED** that:

1. The above-styled action be, and the same is hereby, **STAYED.**

2. All pending motions are **DENIED as moot** without prejudice to re-file if and when appropriate.

3. The Court shall retain jurisdiction over this action and the action shall be restored to the active docket upon motion of a party if circumstances change so that it may proceed to final disposition.

4. The Clerk is **DIRECTED** to place the above-styled action in suspense file.

1

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 20th day of September, 2018.

>                   *[signature]*
> JAMES LAWRENCE KING
> U.S. DISTRICT JUDGE
> SOUTHERN DISTRICT OF FLORIDA

**cc:** All Counsel of Record